UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK VALENTINE,<br><br>       Plaintiff<br><br>v.<br><br>STATE OF NEVADA,<br><br>       Defendant | Case No.  2:23-cv-00273-GMN-BNW<br><br>ORDER |

**I.  DISCUSSION**

On February 27, 2023, this Court issued an order granting Plaintiff until April 28, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents.  (ECF No. 3). Plaintiff filed two motions for an extension of time to file an application to proceed *in forma pauperis* because he had not heard back from the NDOC inmate banking department. (ECF Nos. 4, 6).

The Court grants Plaintiff's motions for an extension of time until Friday, June 2, 2023, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents.

**II.  CONCLUSION**

It is therefore ordered that the motions for extension of time (ECF Nos. 4, 6) are granted.

It is further ordered that Plaintiff has **until Friday, June 2, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Derrick Valentine the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 2nd day of May 2023.

_____
UNITED STATES MAGISTRATE JUDGE