Derrick Valentine
#1131801
HDSP - P.O. Box 650
Indian Springs, Nevada
89070

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUN - 2 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Derrick Valentine,     Case # 2:23-cv-00273-GMN-BNW
    Plaintiff
v.
State of Nevada,     REQUEST FOR 4 MONTH
    Defendant            EXTENSION

I, Derrick Valentine am still waiting for my financial certificate, I found out that it takes 1 to 4 months to receive the certificate from the Inmate Banking department at NDOC. Therefore I'm not going to have it in time for the June 2, 2023 deadline the court has set. I am requesting a 4 month extended time to receive the certificate so my case won't be dismissed. I would like to thank you (the court) in advance for your consideration,

time, effort and patience with this matter.

Sincerely,

Derrick Valentine A.R.R.

Dated on the 30th day of May 2023.

### ORDER

IT IS ORDERED that ECF No. 8 is GRANTED IN PART and DENIED IN PART. It is granted to the extent that Mr. Valentine has until August 11, 2023 to either pay the full $402 filing fee or file a fully complete application to proceed in forma pauperis.

**IT IS SO ORDERED**

**DATED:** 8:57 pm, June 06, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**