UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK VALENTINE,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA,<br><br>　　　　　　Defendant | Case No. 2:23-cv-00273-GMN-BNW<br><br>ORDER |

Pending before the Court is the Report and Recommendation (ECF No. 17) of United States Magistrate Judge Brenda Weksler, which states that this matter should be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* ECF No. 17) (setting a November 7, 2023, deadline for objections).

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 17) is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that the application to proceed *in forma pauperis* (ECF No. 14) is denied as moot.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

The Clerk of Court shall close the case.

DATED THIS ___13___ day of November 2023.

_____
Gloria M. Navarro, Judge
United States District Court